UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| INDIANA STATE COUNCIL OF ROOFERS HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 3:05-CV-464 RM |
| SKYLINE PAINTING, INC., | ) ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 8, 2005, Plaintiff filed its complaint alleging that Defendant failed to make monthly contributions to the pension fund. On September 14, 2005, a clerk's entry of default was entered against Defendant for its failure to appear or otherwise defend this action. In order to help ascertain the proper amount due to the pension fund, Plaintiffs filed a motion to compel discovery on October 4, 2005, which this Court granted on October 6, 2005. This Court's October 6, 2005 order directed Defendant to produce and permit inspection of its contribution reports within thirty days of the order. Defendant, however, failed to provide the requested reports. Consequently, on November 28, 2005, this Court order Defendant, through its President, Tim O'Connor, to appear in Court for a show cause hearing on December 20, 2005, at 4:00 p.m. Mr. O'Connor failed to appear at the hearing. On February 9, 2006, Plaintiff filed a motion for issuance of a body attachment. This Court **RECOMMENDS** that Plaintiffs' motion [Doc. No. 15] be **GRANTED**.

According to Plaintiff's verified motion, Plaintiff has attempted to contact Defendant regarding its failure to appear at the hearing. However, Defendant has not responded to any of

Plaintiff's communication attempts. As of this date, Mr. O'Connor has not complied with this Court's order requiring inspection of the contribution reports, nor has he provided any explanation for his inaction.

As a result of Mr. O'Connor's repeated failures to abide by orders of this Court, despite numerous opportunities to do so, this Court **RECOMMENDS** that Defendant, through its President Tim O'Connor, be found in contempt for violating the October 6, 2005 and November 28, 2005 court orders. It is further **RECOMMENDED** that the United States Marshal Service be directed to secure the person of Tim O'Connor and present him in person before the court for a contempt hearing. However, this Court **RECOMMENDS** that Mr. O'Connor be allowed to purge himself of the order of contempt by complying with the October 6 2005 order at any time before the contempt hearing.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed.R.Civ.P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 9th Day of February, 2006.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

cc:     O'Connor