THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| INDIANA STATE COUNCIL OF ROOFERS HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | CAUSE NO. 3:05-CV-464 RM |
| SKYLINE PAINTING, INC., | ) ) | |
| Defendant | ) | |

O R D E R

A clerks entry of default was entered against Skyline Painting for its failure to appear or otherwise defend this action on September 14, 2005. The Magistrate Judge entered an order directing Skyline Painting to produce and permit inspection of its contribution reports and when it didn't comply with that order, the Magistrate Judge ordered Skyline Painting, through its president, Tim O'Conner, to appear in court for a show cause hearing on December 20, 2005. Mr. Connor didn't appear, so plaintiff moved for an issuance of a body attachment. The Magistrate Judge entered his report and recommendation on February 9, 2006. The parties had 10 days to file any objections to the Magistrate Judge's recommendation, and those 10 days have passed with no objections being filed. FED R. CIV. P. 72(b).

Accordingly, the court now adopts the Magistrate Judge's report and recommendation [Docket No. 16] and ORDERS the following:

(1) The defendant, through its president, Tim O'Connor is found in contempt for violating the October 6, 2005 and November 28, 2005 court orders;

(2) The United States Marshals Service is directed to secure the person of Tim O'Connor and present him in person before the court for a contempt hearing. Mr. O'Connor may purge himself of the order of contempt by complying with the October 6, 2005 order at any time before the contempt hearing.

SO ORDERED.

Entered:  February 28, 2006

       /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   T. O'Connor
      J. Simeri